# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-3575

———————————————

JOSHUA HARDIN,

Petitioner,

v.

MARK S. INCH,

Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 30, 2021

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Joshua Hardin, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.